SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, NV 89511
Phone: (775) 785-0088

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VANITA ABBOTT,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINES LLC; and AMY ARMSTRONG in her individual capacity; and DOES I-X,<br><br>Defendants. | Case No.: 2:25-cv-01354-ART-DJA<br><br>**ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**<br><br>**(First Request)** |

COMES NOW, Defendant NEVADA GOLD MINES, LLC., (hereinafter "Defendant"), by and through its counsel, SIMONS HALL JOHNSTON PC, and Plaintiff, VANITA ABBOTT, (hereinafter "Plaintiff"), by and through her counsel of record, DREHER LAW, and, do hereby stipulate and agree to extend the deadline for Defendant to file its Reply in Support of Defendant's Motion to Dismiss, due Friday, August 15, 2025, by one (1) week to Friday, August 22, 2025. This request is submitted pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1 and is the parties' first request for an extension of time for Defendant to file its Reply in Support of Defendant's Motion to Dismiss.

///

///

Good cause exists for this extension. Defendant's counsel has been preparing an appellate Brief for the Nevada Supreme Court with a due date of Tuesday, August 19, 2025. Additionally, lead counsel for Defendant, Anthony L. Hall, Esq. is currently on vacation and therefore unavailable to review and approve the Reply for filing on behalf of Defendant. Plaintiff's counsel has courteously agreed to this extension of time for Defendant to file its Reply. Accordingly, Defendant shall have up to and including Friday, August 22, 2025, to file its reply in support of Defendant's Motion to Dismiss.

**IT IS SO STIPULATED.**

Dated: August 14, 2025

**DREHER LAW**

By: *s/ Ron Dreher*
RON DREHER, ESQ. (SBN 15726)
P.O. Box 6494
Reno, Nevada 89513
Tel: (775) 846-9804
Email: ron@dreherlaw.net
*Attorney for Plaintiff*

Dated: August 14, 2025

**SIMONS HALL JOHNSTON PC**

By: *s/ Jonathan McGuire*
ANTHONY L. HALL, ESQ.
JONATHAN A. MCGUIRE, ESQ.
690 Sierra Rose Dr.
Reno, Nevada 89511
Tel: (775) 785-0088
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

DATED this 15th day of August, 2025.

_____
DISTRICT COURT JUDGE