Ronald J. Dreher, Esq.
Nevada Bar No. 15726
DREHER LAW
P.O. Box 6494
Reno, NV 89513
775-846-9804
ron@dreherlaw.net
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VANITA ABBOTT,<br><br>                    Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINES, LLC; and DOES I-X,<br><br>                    Defendants.<br>_____/ | Case No.: 2:25-cv-01354-ART-DJA<br><br>**STIPULATION TO FILE SECOND AMENDED COMPLAINT AND RELATED RELIEF** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, VANITA ABBOTT, by and through her undersigned counsel, Ronald J. Dreher, Esq. and the Defendant NEVADA GOLD MINES, LLC, by and through its undersigned counsel, Anthony Hall, ESQ. and Jonathn McGuire, Esq., that the parties stipulate as follows:

1. The Plaintiff shall be allowed to file a second amended complaint to allege a claim for discrimination and retaliation pursuant to the Age Discrimination in Employment Act;

2. The Plaintiff shall remove the Defendant Amy Armstrong as a party to this matter in the second amended complaint;

3  The Plaintiff's second amended complaint shall be due for filing no later than September 17, 2025; and

4. The Defendants shall have until October 1, 2025, to file any responsive pleading to the second amended complaint.

This Stipulation is entered into between the parties for good cause and for purposes of judicial economy to clarify the nature of Plaintiff's claims and allow the Defendant sufficient time to respond.

IT IS SO STIPULATED.

Dated: September 4, 2025                                   Dated: September 4, 2025

**DREHER LAW**                                             **SIMONS HALL JOHNSTON PC**

By: _/s/ Ronald J. Dreher_                                 By: _/s/ Anthony L. Hall_
RONALD J. DREHER, ESQ.                                     ANTHONY L. HALL, ESQ.
P.O. Box 6494                                              JONATHAN A. MCGUIRE, ESQ.
Reno, Nevada 89513                                         690 Sierra Rose Dr.
Tel: (775) 846-9804                                        Reno, Nevada 89511
Email: ron@dreherlaw.net                                   Tel: (775) 785-0088
*Attorney for Plaintiff*                                   *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED:**

DATED this  4th  day of  September  2025.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Submitted by:

_/s/ Ronald J. Dreher_
Ronald J. Dreher
Nevada Bar No. 15726
Attorney for Plaintiff